# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicola Ciliotta
Katz Melinger PLLC

t: 212.460.0047
f: 212.428.6811
nciliotta@katzmelinger.com

October 22, 2021

**Via ECF**
Honorable Vernon S. Broderick
United States District Court
40 Foley Square, Room 518
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.   10/25/2021
> A further extension likely will not be granted.

Re:   *Cortes et al. v. DS Brooklyn Portfolio Owner LLC et al.*
      **Civil Action No. 20-cv-09619**

Your Honor:

We represent the plaintiffs, Joaquin Cortes and Raul Mera ("Plaintiffs"), in the above-captioned matter, and submit this letter to respectfully request a brief extension of the October 22, 2021 deadline to file proof of service of the Order to Show Cause issued by your Honor on October 13, 2021. (Dkt. No. 41).

On October 14, 2021 our office sent the Order to Show Cause, along with all papers upon which it is based, to our process servers for service on defendants, pursuant to Your Honor's instructions. The process servers confirmed that defendants would be served, pursuant to Your Honor's instructions, by the October 20, 2021 deadline to serve defendants. However, the process server has not yet sent us the proof of service, despite our office's attempts at following up with them.

We therefore respectfully request that the deadline to file the proof of service of the Order to Show Cause be extended from October 22, 2021 to October 29, 2021. Although we expect to receive the proof of service sooner, and will file it as soon as possible, out of an abundance of caution we request that our time to file be extended by one week. This is Plaintiffs' first request for an extension of this deadline. Defendants neither consent nor refuse to consent because they have not yet appeared in this matter.

We thank the Court for its consideration.

Respectfully submitted,

Nicola Ciliotta