```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOAQUIN CORTES and RAUL MERA,                               :
                                                            :
                              Plaintiffs,                   :
                                                            :        20-CV-9619 (VSB)
              -against-                                     :
                                                            :             ORDER
DS BROOKLYN PROTCOLIO OWNER LLC,                            :
et al.                                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 13, 2021, after Defendants failed to appear in this action, and pursuant to Plaintiffs' request, I entered an Order to Show Cause as to why default judgment against Defendants should not be entered in this action. (Doc. 41.) As part of that order, Plaintiffs were directed to file proof of service of the Order to Show Cause on Defendants by October 22, 2021. (*Id.*)

On October 22, 2021, Plaintiffs moved to extend their deadline to file proof of service of the Order to Show Cause "to October 29, 2021." (Doc. 42.) I granted this request, but I noted that "[a] further extension likely will not be granted." (Doc. 43.)

Plaintiffs' requested extension has now expired, and Plaintiffs have neither filed proof of service nor otherwise contacted the Court since they made their extension request on October 22.

Accordingly, by November 3, 2021, Plaintiffs are ORDERED to file proof of service as required by the Order to Show Cause, along with a letter motion explaining why there is good cause to extend the time to effect service within the meaning of Federal Rules of Civil Procedure 6(b). Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 1, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge